### Webb v. Commonwealth.

(Decided March 8, 1927.)

Appeal from Edmonson Circuit Court.

Intoxicating Liquors—Where Indictment Charged "Unlawfully Manufacturing Spirituous and Intoxicating Liquor," Court Erred in Submitting Issue of Unlawfully Manufacturing "Malt" Liquors.

—Where indictment charged "unlawfully manufacturing spirituous and intoxicating liquor," court erred in giving instruction authorizing conviction for unlawfully manufacturing spirituous, "malt," and intoxicating liquor.

MILTON CLARK for appellant.

FRANK E. DAUGHERTY, Attorney General, and MOORMAN DITTO, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—
Granting appeal and reversing judgment.

Guy Webb was convicted of the offense of manufacturing intoxicating liquor and has entered a motion in this court for an appeal. The indictment charges the defendant with the offense of "unlawfully manufacturing spirituous and intoxicating liquor." The instructions to the jury authorized a conviction if they believed to the exclusion of a reasonable doubt that the defendant unlawfully manufactured spirituous, *malt* and intoxicating liquors. Without setting out the evidence in detail it may be said that if it indicates the manufacture of intoxicating liquors it weighs as heavily in favor of *malt* liquor as it does in favor of spirituous liquor. And as the indictment did not accuse the appellant of the manufacture of *malt* liquor the court erred in submitting that issue to the jury. For this reason the case must be reversed. The other questions raised are not now passed on.

Wherefore, the appeal is granted and judgment reversed and cause remanded for proceedings consistent with this opinion.